United States District Court
Southern District of Texas
**ENTERED**
July 03, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-00053 |
| OAK TREE SHOPPING CENTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed June 26, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, OAK TREE SHOPPING CENTER, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed on July 3, 2023, at Houston, Texas.

_____
Charles Eskridge
United States District Judge